

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA



ELIZABETH CRONK, individually and on behalf of all other similarly situation,

              Plaintiff,

v.

GMAC MORTGAGE, LLC,

              Defendant.

Case No.: 2:11-cv-5161

## STIPULATION FOR EXTENSION OF TIME

      The undersigned counsel hereby stipulate and agree that Defendant shall have an extension of time, through and including October 7, 2011, to answer, move, or otherwise plead to the Complaint in the above-captioned case. This is the first extension requested or granted in this action and is less than thirty (30) days.

By:/s/ *Shanon J. Carson*
   Shanon J. Carson, Esquire
   **Berger & Montague, P.C.**
   1622 Locust Street
   Philadelphia, PA  19103
   Telephone: 215-875-4656
   Fax: 215-875-4604

   Counsel for Plaintiff
   Elizabeth Cronk

By:/s/ *Henry F. Reichner*
   Henry F. Reichner, Esquire
   **Reed Smith LLP**
   2500 One Liberty Place
   1650 Market Street
   Philadelphia, PA  19103
   Telephone: 215-851-8100
   Fax:  215-851-1420

   Counsel for Defendant
   GMAC Mortgage, LLC

BY THE COURT:

EXTENSION GRANTED AS STIPULATED

MICHAEL E. KUNZ
CLERK

By:

Date:

Deputy Clerk