## UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ELIZABETH CRONK, individually and on behalf of others similarly situated,   :<br>:<br>Plaintiff,   :<br>:<br>v.   :<br>:<br>GMAC MORTGAGE, LLC,   :<br>:<br>Defendants.   : | Civil Action No. 2:11-CV-05161-SD |

### DISCLOSURE STATEMENT FORM

Please check one box:

☐     The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒     The nongovernmental corporate party, GMAC Mortgage, LLC , in the above listed civil action is a wholly owned indirect subsidiary of Ally Financial Inc. f/k/a GMAC Inc. ("Ally").  Ally is not publicly held.  No publicly held corporation owns more than 10% of the common stock of Ally.

| | |
|---|---|
| September 13, 2011<br>Date | */s/ Henry F. Reichner*<br>Signature:  Henry F. Reichner, Esquire |
| | Counsel for:<br>GMAC Mortgage, LLC |

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
     (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY.  A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
     (b) TIME FOR FILING; SUPPLEMENTAL FILING.  A party must:
         (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
         (2)    promptly file a supplemental statement upon any change in the information that the statement requires.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **DISCLOSURE STATEMENT FORM** has been filed electronically this 12th day of September, 2011, and is available for viewing and downloading from the Federal Court's ECF system.

*/s/ Henry F. Reichner*
Henry F. Reichner